# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  3:05cr110/LAC

JAMES CLINTON McCORVEY

_____/

## ORDER FOR PSYCHOLOGICAL EXAMINATION

Counsel for the defendant has moved for an order directing a psychological examination of the defendant in accordance with Title 18, United States Code, Section 4241, for the purpose of determining his present mental condition (Doc. 12). The government does not object to the request.

Accordingly, James D. Larson, PhD., 600 E. Government Street, Pensacola, Florida 32501, is hereby appointed and designated by the Court to evaluate the defendant.

In accordance with Title 18, United States Code, Section 4247(c), a report of the examination shall be filed with the Court, with copies provided to the counsel for the person examined and to the attorney for the Government, and shall include:

(a) the person's history and present symptoms;

(b) a description of the psychiatric, psychological, and medical tests that were employed and the results;

(c) the examiner's findings;

(d) the examiner's opinion as to diagnosis and prognosis;

(e) the examiner's opinion as to whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him, to assist properly in his defense, or to knowingly enter a plea of guilty;

The examination shall be conducted in a timely fashion, and the report described herein shall be filed no later than **10 January 2006**.

**ORDERED** on this 8th day of December, 2005.

                                              s/ *L.A. Collier*
                                              Lacey A. Collier
                                        Senior United States District Judge