**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                          CASE NO.  3:05cr110LAC

JAMES MCCORVEY

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  January 17, 2006
Motion/Pleadings:  MOTION TO SUPPRESS EVIDENCE
Filed by DEFENDANT                 on 1/13/06         Doc.# 16
RESPONSES:
BY GOVERNMENT                      on 1/17/06         Doc.# 17
                                   on                 Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                        Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of January, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b) See record of hearing this date.*

                                                       *s/L.A. Collier*
                                                     *LACEY A. COLLIER*
                                    *Senior United States District Judge*

```
Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
```

Document No.