## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

     VS                              CASE NO.  3:05cr110LAC

JAMES MCCORVEY

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on __February 10, 2006_____

Motion/Pleadings:__MOTION TO RESCHEDULE TRIAL DATE TO MARCH 6, 2006 with Waiver of speedy trial attached____

Filed by _DEFENDANT_____ on _02/02/06_____ Doc.# _23_____

RESPONSES:

_____ on_____ Doc.# _____

_____ on_____ Doc.# _____

_____ Stipulated _____ Joint Pldg.

X_____ Unopposed _____ Consented

                                 WILLIAM M. McCOOL, CLERK OF COURT

_____        *s/Mary Maloy* _____

LC (1 OR 2)                Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 10th day of February, 2006, that:*

*(a) The relief requested is* **GRANTED.**

*(b)* _____

_____

_____

                                *s/L.A. Collier* _____

                               **LACEY A. COLLIER**
                    **Senior United States District Judge**

Entered On Docket: _____ By: __

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

_____

_____

                            Document No.