## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                              CASE NO. 3:05cr110LAC

JAMES C. MCCORVEY

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on  March 6, 2006
Motion/Pleadings: MOTION TO HAVE IDENTITY OF CONFIDENTIAL INFORMANT REVEALED TO THE DEFENDANT OR HAVE THE COURT CONDUCT AN IN CAMERA INTERVIEW OF INFORMANT
Filed by DEFENDANT                    on 2/24/06            Doc.# 27
RESPONSES:
                                      on                    Doc.#
                                      on                    Doc.#
_____ Stipulated    _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)                           Deputy Clerk: Mary Maloy

### ORDER

*Upon consideration of the foregoing, it is ORDERED this 16th day of March, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b) See record of trial proceedings.*

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.