# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS        CASE NO. 3:05cr110LAC

JAMES C. MCCORVEY

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   March 16, 2006
Motion/Pleadings:  POSTTRIAL MOTION FOR JUDGMENT OF ACQUITTAL
Filed by DEFENDANT            on 3/15/2006       Doc.# 44
RESPONSES:
BY GOVERNMENT               on 3/16/06        Doc.# 46
                             on                Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)                    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 16th day of March, 2006, that:*

*(a) The relief requested is **DENIED.***

*(b)* _____

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.