# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                        CASE NO.  3:05cr110LAC

JAMES C. MCCORVEY

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on __March 16, 2006__
Motion/Pleadings: __MOTION FOR NEW TRIAL__
Filed by __DEFENDANT__ on __3/15/2006__ Doc.# __45__
RESPONSES:
__BY GOVERNMENT__ on __3/16/06__ Doc.# __46__
_____ on _____ Doc.# _____

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 16th day of March, 2006, that:*

*(a) The relief requested is **DENIED.***

*(b)* _____

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.