# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                                           Case No: 3:05cr110/LAC
                                                                                            3:07cv517/LAC/MD

JAMES CLINTON McCORVEY, JR.

## **ORDER**

The defendant has filed a request for a certificate of appealability (doc. 128). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief. See 28 U.S.C. 2253(c)(1)(B). The court has reviewed the report and recommendation entered in this case, the defendant's objections thereto, as well as defendant's request for certificate of appealability and finds that because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's March 6, 2009 order (doc. 120) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on January 8, 2009 (doc. 116), his request for a certificate of appealability is DENIED.

DONE AND ORDERED this 20th day of July, 2009.

                                                  *s/L.A. Collier*
                                                **LACEY A. COLLIER**
                                                **SENIOR UNITED STATES DISTRICT JUDGE**