IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                              Case No: 3:05cr110/LAC
                                                             3:10cv547/LAC/MD

**JAMES CLINTON MCCORVEY, JR.**

---

## AMENDED REPORT AND RECOMMENDATION

This matter is before the court upon defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 147). Rule 4(b) of the Rules Governing Section 2255 Proceedings provides in part that "[i]f it plainly appears from the face of the motion and any annexed exhibits and the prior proceedings in the case that the movant is not entitled to relief in the district court, the judge shall make an order for its summary dismissal and cause the movant to be notified." After a review of the record, it is the opinion of the undersigned that the motion is untimely and successive and that it should be summarily dismissed.

## BACKGROUND and ANALYSIS

On May 23, 2006, defendant was sentenced to a term of 294 months in prison after a jury convicted him of possession of cocaine with intent to distribute and possession of a firearm by a convicted felon. His appeal was dismissed for lack of jurisdiction. (Doc. 93). Defendant subsequently filed a motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 97) which was denied on March 3, 2009 (doc. 120). The district court and the Eleventh Circuit denied his request for a certificate of

**appealability and his appeal was dismissed. (Doc. 130 & 144). He has now filed a second motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. (Doc. 288).**

**The law is well established that before a second or successive application for § 2255 relief is filed in the district court, the defendant must move in the appropriate court of appeals for an order authorizing the district court to consider the application. 28 U.S.C. § 2244(b)(3) and § 2255;** *Felker v. Turpin,* **518 U.S. 651, 116 S.Ct. 2333, 135 L.Ed.2d 827 (1996);** *United States v. Holt*, **417 F.3d 1172, 1175 (11th Cir. 2005);** *Carter v. United States,* **2010 WL 5079945 (11th Cir. 2010). Defendant has not obtained authorization from the Eleventh Circuit Court of Appeals to file a successive motion, and therefore, the instant motion to vacate must be dismissed.**

**Accordingly, it is respectfully RECOMMENDED:**

**The defendant's motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 147), be summarily DISMISSED without prejudice, as this court lacks jurisdiction to consider a successive motion absent permission from the Eleventh Circuit.**

**At Pensacola, Florida, this 30th day of December, 2010.**

/s/ *Miles Davis*
   **MILES DAVIS**
   **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).