IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　　　　　　　　3:05cr110/LAC
　　　　　　　　　　　　　　　　　　　　　　3:10cv547/LAC/MD
JAMES CLINTON MCCORVEY, JR.
_____

### ORDER

Upon consideration of the Amended Report and Recommendation of the Magistrate Judge filed on December 30, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing <u>de novo</u> the objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1.　The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.　The defendant's motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 147) is summarily DISMISSED without prejudice, as this court lacks jurisdiction to consider a successive motion absent permission from the Eleventh Circuit.

DONE AND ORDERED this 25th day of January, 2011.

　　　　　　　　　　　　　　　　　　　　s/*L.A. Collier*
　　　　　　　　　　　　　　　　　　　　**LACEY A. COLLIER**
　　　　　　　　　　　　　　　　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**